IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Abston, Patsy L

Printed: 10/23/07

Case Number: 06 B 13114
Judge: Squires, John H
Filed: 10/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 29, 2007
Confirmed: December 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,798.00 |  |
| Secured: |  | 959.42 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,975.20 |
| Trustee Fee: |  | 154.08 |
| Other Funds: |  | 709.30 |
| Totals: | 3,798.00 | 3,798.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,700.20 | 1,700.20 |
| 2. | Robert J Semrad & Associates | Administrative | 275.00 | 275.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 14,611.51 | 959.42 |
| 5. | Internal Revenue Service | Priority | 9,631.33 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 9,240.10 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 4,856.36 | 0.00 |
| 8. | Capital One | Unsecured | 345.77 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 5,954.04 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 703.38 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 12. | Allied International Credit | Unsecured |  | No Claim Filed |
| 13. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 14. | Helvey & Associates Inc | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | NW Collector | Unsecured |  | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 19. | Trust Receivable Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 47,317.69 | $ 2,934.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 101.66 |
| 5.4% | 52.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Abston, Patsy L | Case Number:  06 B 13114 |
| | Judge:  Squires, John H |
| Printed:  10/23/07 | Filed:  10/13/06 |

                                              _____
                                              $ 154.08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

                        *Denise Ashley*
                        _____